UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| | | |
|---|---|---|
| KRISTY A. BECKWITH, Plaintiff, | * | 5:26-cv-5063 |
| -vs.- | * | ORDER AND OPINION |
| ENTERPRISE RAC MONTANA/WYOMING, LLC, Defendant. | * | |

Plaintiff has filed what is called a motion for reconsideration of order granting defendant's motion to seal (Doc. 42). Sealing and unsealing of files is a routine matter entirely within the discretion of the Court. In addition to denying such motion on the merits, the Court will deny most motions to reconsider because they are procedurally improper. They border on frivolous. Plaintiff cites no authority which would permit, much less require, a reconsideration. She obviously is not proceeding under any designated Federal Rule of Civil Procedure. The Federal Rules of Civil Procedure do not allow a "motion to reconsider." *See* Humphreys v. Roche Biomedical Laboratories, Inc., 990 F.2d 1078, 1081 (8th Cir. 1993), and In re Trout, 984 F.2d 977, 978 (8th Cir. 1993) (warning counsel that the Federal Rules of Civil Procedure do not provide for a motion for reconsideration and directing counsel to properly designate a motion under the rule authorizing the motion). The process of seeking reconsideration could be transformed into an endless chain of motions, filing a motion to reconsider the denial of the motion to reconsider, *ad infinitum*. As Judge Loken observed in his opinion in Wilkins v. Hartford Life and Accident Insur. Co., 299 F.3d 945, 948 (8th Cir. 2002): "Such motions (to reconsider) are frequently a futile waste of time for both the parties and the trial court." *See also* Broadway v. Norris, 193 F.3d 987, 990 (8th Cir. 1999) (Rule 60(b) motion is not for purpose of rearguing, somewhat more fully, merits of claim). It is indeed a waste of time in this case. Now, therefore,

IT IS HEREBY ORDERED that the motion of plaintiff (Doc. 42) is hereby denied.

Dated this 6th day of October, 2026.

BY THE COURT:

Charles B. Kornmann

CHARLES B. KORNMANN
United States District Judge